IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTY L. JANCIGA, | Civil Action No. 3:21-cv-00082-KRG |
| Plaintiff, | |
| v. | Senior Judge Kim R. Gibson |
| COUNTY OF CAMBRIA, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

A settlement satisfactory to all parties having been reached, and pursuant to Fed.R.Civ.P. 41, it is hereby agreed that this action shall be dismissed with prejudice. Each party is to bear its own costs, expenses and attorneys' fees.

Respectfully submitted:

/s/ Colleen E. Ramage
Colleen E. Ramage
PA I.D. No. 64413
Ramage Lykos, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone No.: (412) 325-7700
Fax No. (412) 325-7755
cramage@ramagelykos.law

Counsel for Plaintiff

/s/ Mary Lou Maierhofer
Mary Lou Maierhofer
PA I.D. No. 62175
Margolis Edelstein
P.O. Box 628
Hollidaysburg, PA 16648
Telephone No.: (814) 695-5066
Fax No.:  (814) 695-5066
mmaierhofer@margolisedelstein.com

Counsel for Defendant

AND NOW, this 5th day of July, 20 22.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE